UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER ROBIN ROEHLER,

Defendant.
______________________________/

Case No. 1:26-cr-106

Hon. Hala Y. Jarbou
Chief United States District Judge

**DEFENDANT'S MOTION FOR ENDS OF JUSTICE CONTINUANCE AND BRIEF IN SUPPORT**

The defendant, Christopher Robin Roehler, through his attorneys, James Stevenson Fisher, Senior Litigator, and Kathleen McGean, Assistant Federal Public Defender, moves this Honorable Court for a 120-day ends of justice continuance of the 12(b) motion filing deadline, final pretrial conference, and jury trial dates. The defendant requests this continuance under 18 U.S.C. § 3161(h)(7)(A). Defense counsel has consulted with the Assistant United States Attorney in this matter, Stephanie M. Carowan. The government does not oppose this request.

On October 6, 2026, the government charged Mr. Roehler by Indictment with 10 counts of failure to account for and pay over employment taxes. On October 13, 2026, Mr. Roehler appeared in court for his initial appearance, arraignment, and initial pretrial conference with undersigned counsel. Mr. Roehler was released on bond.

Counsel received discovery from the government on October 19, 2026. It is extremely voluminous, consisting of thousands of documents, and will take a substantial amount of time to review and analyze the material.

Additionally, Mr. Roehler recently suffered significant injuries resulting from a car accident that has impaired his overall health, as well as his neurological condition. Counsel has reviewed documents that suggest significant spinal cord injuries. Mr. Roehler is in the process of seeking care for the various injuries he sustained. Defense counsel needs substantial time to obtain his medical records. Mr. Roehler is still in the process of obtaining care for these injuries. Thus, his ultimate diagnoses and treatment are uncertain at this time.

In any event, it will take some time for counsel to consult with Mr. Roehler's physicians, obtain relevant records, obtain an expert to assess those records, and, potentially, independently evaluate Mr. Roehler for any lingering difficulties sustained in the accident that may have bearing on his competency to proceed, ability to assist counsel, or have bearing on any potential defense or, should Mr. Roehler be convicted, on any sentencing.

The 12(b) motion filing deadline is scheduled for October 30, 2026, the final pretrial conference is scheduled for November 12, 2026, and the jury trial is scheduled for November 30, 2026. The defense needs time to assess the tendered discovery, collect voluminous medical records, and discuss any legal issues that might give rise to any pretrial motions. Defense counsel also needs additional time to confer with the government

regarding possible issues relevant to trial or sentencing. In order to accomplish these tasks, counsel is now requesting at least a 120-day continuance of these dates.

Granting this continuance would serve the ends of justice. The continuance is necessary, reasonable, and for good cause. Mr. Roehler understands that he has a right to a speedy trial under 18 U.S.C. § 3161. A signed Consent to Adjournment will be filed separately.

WHEREFORE, Christopher Robin Roehler respectfully requests this Honorable Court grant this request for a 120-day ends of justice continuance of the 12(b) motion filing deadline, final pretrial conference, and jury trial dates.

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

Dated: October 20, 2026

/s/ James Stevenson Fisher
JAMES STEVENSON FISHER
Senior Litigator
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420

Dated: October 20, 2026

/s/ Kathleen McGean
KATHLEEN MCGEAN
Assistant Federal Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420