UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER ROBIN ROEHLER,

Defendant.

_______________________________/

Case No. 1:26-cr-106

Hon. Hala Y. Jarbou

**CONSENT TO ADJOURNMENT**

I understand that I have a right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney. I understand that my attorney will be asking the Court for a continuance of the present trial date because additional time is needed. I voluntarily agree to this continuance and agree that it is in my interest to do so. I also believe it is in the interest of justice for a continuance to be granted.

Date: 10-16-2026

[signature]
Defendant